AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

APR 11 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Adrianna MELENDEZ, | ) |
| | ) |
| Defendant(s) | ) |

Case No.

2:17 - MJ - 6 3 — AC —

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 1, 2014 _____ in the county of _____ Solano _____ in the

_____ Eastern _____ District of _____ California _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

(SEE ATTACHED AFFIDAVIT OF SCOTT LANDER)

☒  Continued on the attached sheet.

_____
Complainant's signature

Scott Lander, TFO/FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:  4/11/17

_____
Judge's signature

City and state:  Sacramto CA

Allison Claire, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF FBI TFO SCOTT LANDER
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Scott Lander, being duly sworn, hereby state:

### I.     INTRODUCTION

1.     The purpose of this affidavit is to support a criminal complaint naming, and to obtain an arrest warrant for, Adrianna MELENDEZ.

2.     To that end, this affidavit seeks to establish probable cause to believe that Melendez has, in the Eastern District of California, engaged in conduct that constitutes a violation 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution ("the Flight Offense").

    a.     The elements of the Flight Offense are:

        i.  First, that the defendant traveled in interstate or foreign commerce; and

        ii. Second, that the defendant did so with the intent to avoid prosecution (or custody or confinement after conviction) for a specific felony under the law of the state from which the defendant fled.

3.     My statements in this affidavit are based on conversations I have had with other law enforcement officers, on my review of various law enforcement documents, and on my personal knowledge of the case.

4.     As the purpose of this affidavit is the limited one described above, this affidavit does not set forth all of my knowledge regarding this case.

### II.     AGENT BACKGROUND

5.     I am an Officer with the California Highway Patrol ("CHP"), and have been so employed for 19 years.  I am currently assigned as a Task Force Officer ("TFO") to the Solano County Violent Crime Task Force ("SCVCTF") of the Federal Bureau of Investigation ("FBI").  SCVCTF is charged with investigating violent crimes, and with locating and apprehending state, local, and federal fugitives from justice.  I have been with SCVCTF for about one and a half years.  As a TFO, I am empowered by law to conduct investigations and make arrests for federal felony offenses.

### III.   **STATEMENT OF PROBABLE CAUSE**

6.   On March 26, 2014, at about 4:55 pm, a bicyclist riding on a county road in an unincorporated part of Solano County, California, was struck and killed by a vehicle. The driver of the vehicle fled the scene prior to arrival of law enforcement.

7.   At the conclusion of the investigation, the CHP investigator determined that Adrianna Melendez was responsible. In concurrence with the Solano County District Attorney's Office, charges were filed and an arrest warrant was issued.

8.   Specifically, on May 14, 2014, the Superior Court of Solano County issued an arrest warrant for Adrianna Melendez, for violation of Section 192(c)(1) (Vehicular Manslaughter) of the California Penal Code, for violation of Section 20001(a) (Hit-and-Run) of the California Vehicle Code. Both the Section 192(c)(1) offense and the Section 20001(a) offense are felony offenses under California law.

9.   Having unsuccessfully tried to locate and arrest Melendez, investigators have determined that she has fled to Jesus Maria, Jalisco, Mexico, to avoid prosecution. This determination is based on multiple independent sources. For example:

   a.   Around April 3, 2014, a relative of Melendez told investigators that Melendez had fled to Mexico.

   b.   Around September 10, 2014, a male informant, who gave his name and telephone number, told investigators that he knew Melendez and most of her family, and had recently seen and spoken with Melendez in Jesus Maria, Jalisco, Mexico. According to this informant, Melendez said that she lived in Mexico now and was not going back to the United States.

   c.   Around September 12, 2014, a female informant, who gave her first name and telephone number, told investigators that her father worked with Melendez's cousin, and that Melendez's cousin had told her father than Melendez had fled to Mexico to avoid responsibility.

   d.   Around September 22, 2014, an informant who wished to remain anonymous told investigators that Melendez was in Jesus Maria, Jalisco, Mexico, and that her residence was on Calle Las Rosas while

her work location was on Calle Lasaro Cardenas.

e.  Additionally, family members have stated that Melendez is aware of her involvement in the death of the victim, and that Melendez fled because she believes she lacks funds to hire an attorney and because she is worried about being separated from her young child if she is prosecuted for the death of the victim.

10.  Since the time of the Solano County arrest warrant being issued, TFO's and FBI agents, working in conjunction with Mexican Immigration officials, have attempted to locate, arrest and deport Melendez back to the U.S., since she is a U.S. citizen and unlawfully remains in Mexico.

*[End of page.]*

## IV.    **CONCLUSION**

11.    On the statements above, I submit that there is probable cause to believe that Adrianna Melendez has, in the Eastern District of California, engaged in conduct that constitutes a violation 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution.  As such, I submit that the Court should receive the complaint and issue an arrest warrant for her.

* * *

Based on my information and belief, I declare under penalty of perjury that all the statements in this affidavit are true and correct.

Scott Lander
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before
me this _11_ day of April, 2017:

Allison Claire
U.S. Magistrate Judge, E.D. California

Approved as to form:

Ross K. Naughton
Assistant U.S. Attorney